IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

XIONG K. YANG,

                Defendant.

ORDER

10-cr-110-wmc

---

        The undersigned recuses himself in the above entitled matter.

Entered this 4th day of October, 2010.

                BY THE COURT:

                /s/

                _____
                WILLIAM M. CONLEY
                District Judge